# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152942 & (21)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY LEWIS HAYNES,
      Defendant-Appellant.

SC: 152942
COA: 328753
Oakland CC: 2011-237176-FH

_____/

      On order of the Court, the application for leave to appeal the November 4, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to appoint counsel is DENIED.



a1212

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



Clerk